IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN RICHARD LANE,

    Plaintiff,

v.                                                                               Case No. 14-cv-901

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that: This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for further proceedings. The claimant will be given the opportunity the supplement the record, have a de novo hearing and a new decision will be issued. The ALJ will consider all the evidence of record. Specifically, the Appeals Council will direct the ALJ to determine what Plaintiff's limitations are in the area of concentration, persistence, or pace, with reference to evidence in the record. The ALJ should explain how his residual functional capacity (RFC) assessment accommodates those limitations and identify the evidence upon which he bases his RFC. The ALJ also should obtain new vocational expert testimony based upon properly

presented hypothetical questions.

SO ORDERED this 15th day of August, 2015.

_____
Honorable William M. Conley
Chief United States District Judge