IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN RICHARD LANE,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-901-wmc

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Kevin Richard Lane attorney fees and costs in the amount of $10,000 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

s/ V. Olmo, Deputy Clerk
Peter Oppeneer, Clerk of Court

10/07/2015
Date